UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| ANDREW BRYANT, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 2:16-cv-00181-WTL-MJD ) |
| UNITED STATES OF AMERICA, | ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of the defendant and against the plaintiff. The plaintiff shall take nothing by his complaint and this action is terminated.

Date: 12/7/17

Laura Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution:

ANDREW BRYANT
1108 E 45th St..
Apt 1A
Chicago, IL 60653

Electronically registered counsel